**Marshall E. MIKELS, Plaintiff–Appellant,**

v.

**Jan ESTEP; et al., Defendants–Appellees.**

No. 16–15602

United States Court of Appeals, Ninth Circuit.

Submitted September 26, 2017 \*\*

FILED OCTOBER 4, 2017

Marshall Edward Mikels, Mount Shasta, CA, pro se.

Kaelee M. Gifford, Gwen Heather Ribar, Esquire, Jonathan M. Zak, Wright, Finlay & Zak, LLP, Newport Beach, CA, Anthony Leung, Oakland, CA, for Defendants–Appellees.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM \*

Marshall E. Mikels appeals pro se from the district court's order denying his post-judgment motion for relief from the district court's order dismissing his action alleging violations of the Truth in Lending Act ("TILA") and other claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's denial of a Federal Rule of Civil Procedure 60(b) motion. *Casey v. Albertson's Inc.,* 362 F.3d 1254, 1257 (9th Cir. 2004). We affirm.

The district court did not abuse its discretion by construing Mikels's motion to vacate as a Rule 60(b) motion and denying it because Mikels failed to file the motion "within a reasonable time." Fed. R. Civ. P. 60(c)(1); *Ashford v. Steuart,* 657 F.2d 1053, 1055 (9th Cir. 1981) (setting forth factors to determine whether a Rule 60(b) motion was filed within a "reasonable time").

Appellees' motion for judicial notice (Docket Entry No. 50) is denied as unnecessary.

**AFFIRMED.**

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.